PROB 22
(Rev. 01/24)

# TRANSFER OF JURISDICTION

United States Courts
Southern District of Texas
**FILED**
FEB 28 2025
Nathan Ochsner, Clerk of Court

DOCKET NUMBER (Tran. Court)
0649 2:18-CR-00152-001

DOCKET NUMBER (Rec. Court)
4:25-cr-00084

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| James Singletary, III | Eastern District of Tennessee | Greeneville |

NAME OF SENTENCING JUDGE
The Honorable J. Ronnie Greer, Senior United States District Judge

| DATES OF PROBATION/SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | 11/03/2023 | 11/02/2028 |

**OFFENSE**
Possession with Intent to Distribute 50 Grams or More of Methamphetamine

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Transfer of jurisdiction will provide economic and administrative advantages. It will also aid in protecting public safety by helping ensure violations and non-compliant behavior are addressed in a timely fashion and with the most efficiency.

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE   Eastern   DISTRICT OF   Tennessee

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the   Southern District of Texas   upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

February 21, 2025
*Date*

*signature*
The Honorable Clifton L. Corker
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 – ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE   Southern   DISTRICT OF   Texas

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

02/28/2025
*Effective Date*

*signature*
United States District Judge

1