FILED

OCT 10 2018

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

Clerk, U. S. District Court
Eastern District of Tennessee
At Greeneville

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No.: 2:18-CR- 152 |
| v. ) | Judge GREER |
| ) | |
| JAMES SINGLETARY III ) | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that on or about September 14, 2018, within the Eastern District of Tennessee, the defendant, JAMES SINGLETARY, did knowingly, intentionally, and without authority possess with the intent to distribute fifty (50) grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

[21 U.S.C. §§ 841(a)(1),(b)(1)(A)]

A TRUE BILL:

███████████████████

FOREPERSON

APPROVED:

J. DOUGLAS OVERBEY
United States Attorney

By: _____
THOMAS A. MCCAULEY
Special Assistant United States Attorney