CLOSED,DCLC1

# Live Database
## U.S. District Court - Eastern District of Tennessee (Greeneville)
## CRIMINAL DOCKET FOR CASE #: 2:18-cr-00152-DCLC-CRW-1

| | |
|---|---|
| Case title: USA v. Singletary | Date Filed: 10/10/2018 |
| Magistrate judge case number: 2:18-mj-00213-MCLC | Date Terminated: 07/15/2019 |

Assigned to: District Judge Clifton L Corker
Referred to: Magistrate Judge Cynthia R Wyrick

**Defendant (1)**

**James Singletary, III**
*TERMINATED: 07/15/2019*

represented by **Tim S Moore, Former AFD**
Federal Defender Services of Eastern Tennessee, Inc.- Greene
219 West Depot Street
Suite 2
Greeneville, TN 37743-4909
423-636-1301
Fax: 423-636-1385
Email: tim_moore@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

21:841A=CD.F CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE
(1)

**Disposition**

78 months imprisonment, 5 years supervised release, $100.00 assessment

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

21:841A=CD.F -CONTROLLED SUBSTANCE -SELL, DISTRIBUTE, OR DISPENSE (METH)

**Disposition**

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Thomas Anthony McCauley**<br>U S Department of Justice (USAO Greene)<br>Office of U S Attorney<br>220 West Depot Street<br>Suite 423<br>Greeneville, TN 37743<br>423-639-6759<br>Fax: 423-639-6541<br>Email: Thomas.mccauley@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: United States Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 09/14/2018 | 1 | COMPLAINT as to James Singletary, III (1). (Attachments: # 1 Criminal Cover Sheet - James Singletary, III)(JCK) [2:18-mj-00213-MCLC] (Entered: 09/14/2018) |
| 09/14/2018 | | Arrest of James Singletary, III. (KDO) [2:18-mj-00213-MCLC] (Entered: 09/14/2018) |
| 09/14/2018 | 2 | Minute Entry for proceedings held before Magistrate Judge Clifton L Corker:Initial Appearance on Complaint as to James Singletary, III held on 9/14/2018. Financial Affidavit executed with Attorney Tim S Moore for James Singletary, III. present and appointed. Detention/Preliminary Hearing set for **9/18/2018** at 1:30 PM in Courtroom 300 - Greeneville before Magistrate Judge Clifton L Corker. Defendant remanded to custody of U.S. Marshal. Orders to enter. (Court Reporter DCR)(Tape #4:42-4:51) (KDO) [2:18-mj-00213-MCLC] (Entered: 09/14/2018) |
| 09/14/2018 | 3 | CJA 23 Financial Affidavit by James Singletary, III. Signed by Magistrate Judge Clifton L Corker on 9/14/18. (KDO) [2:18-mj-00213-MCLC] (Entered: 09/14/2018) |
| 09/14/2018 | 4 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to James Singletary, III. Signed by Magistrate Judge Clifton L Corker on 9/14/18. (KDO) [2:18-mj-00213-MCLC] (Entered: 09/14/2018) |
| 09/14/2018 | 5 | ORDER OF TEMPORARY DETENTION pending hearing as to James Singletary, III. Signed by Magistrate Judge Clifton L Corker on 9/14/18. (KDO) [2:18-mj-00213-MCLC] (Entered: 09/14/2018) |
| 09/18/2018 | 6 | Minute Entry for proceedings held before Magistrate Judge Clifton L Corker:Detention/Preliminary Hearing waived as to James Singletary, III on 9/18/2018. Arraignment/Scheduling set for **10/12/2018** at 9:00 AM in Courtroom 300 - Greeneville before Magistrate Judge Clifton L Corker. Defendant remanded to custody of U.S. Marshal. Order to enter. (Court Reporter DCR)(Tape #1:38-1:42) (KDO) [2:18-mj-00213-MCLC] (Entered: 09/18/2018) |

| | | |
|---|---|---|
| 09/18/2018 | 7 | ORDER OF DETENTION as to James Singletary, III. Upon calling the case, theDefendant advised the Court that he waived a preliminary hearing and detention hearing and agreed to remain in the custody of the U.S. Marshal pending action by the grand jury. Accordingly, the Court sets Defendants initial appearance for October 12, 2018 at 9:00 a.m. Signed by Magistrate Judge Clifton L Corker on 9/18/18. (KDO) [2:18-mj-00213-MCLC] (Entered: 09/18/2018) |
| 09/19/2018 | 8 | Arrest Warrant Returned Executed on 09/14/2018 in case as to James Singletary, III. (AMP) [2:18-mj-00213-MCLC] (Entered: 09/19/2018) |
| 10/10/2018 | 9 | INDICTMENT as to James Singletary, III (1) count(s) 1. (Attachments: # 1 Other Criminal Cover Sheet)(RET, ) (Entered: 10/10/2018) |
| 10/10/2018 | 10 | Sealed Document (RET, ) (Entered: 10/10/2018) |
| 10/12/2018 | 11 | Minute Entry for proceedings held before Magistrate Judge Clifton L Corker:Arraignment as to James Singletary III (1) Count 1 held on 10/12/2018. Attorney Tim Moore for James Singletary, III present. Not guilty plea entered. Scheduling Conference as to James Singletary, III held on 10/12/2018. The following dates were scheduled; Pretrial Conference/Motion hearing set for **11/15/2018** at 1:30 PM in Courtroom 300 - Greeneville before Magistrate Judge Clifton L Corker. Motion cut-off is **11/2/2018**. Response deadline is 11/13/2018. Jury Trial set for **12/11/2018** at 9:00 AM in Courtroom 420 - Greeneville before District Judge J Ronnie Greer. The estimated length of trial is two (2) days. Plea Agreement due by **11/27/2018**. Defendant remanded to custody of U.S. Marshal. Order to enter. (Court Reporter DCR)(Tape #9:03-9:09) (KDO) (Entered: 10/12/2018) |
| 10/12/2018 | 12 | ORDER ON DISCOVERY AND SCHEDULING as to James Singletary, III. Signed by Magistrate Judge Clifton L Corker on 10/12/18. (SEE ORDER FOR DEADLINES AND HEARINGS) (KDO) (Entered: 10/12/2018) |
| 11/01/2018 | 13 | MOTION to Continue by James Singletary, III. (Moore, Tim) (Entered: 11/01/2018) |
| 11/01/2018 | 14 | ORDER Setting Hearing on Motion as to James Singletary 13 MOTION to Continue : Motion Hearing set for **11/5/2018** at 1:30 PM in Courtroom 300 - Greeneville before Magistrate Judge Clifton L Corker. Defendant's presence is not required. Signed by Magistrate Judge Clifton L Corker on 11/1/2018. (LMC) (Entered: 11/01/2018) |
| 11/05/2018 | 15 | Minute Entry for proceedings held before Magistrate Judge Clifton L Corker:Motion Hearing as to James Singletary, III held on 11/5/2018 re 13 MOTION to Continue filed by James Singletary, III. The following dates were rescheduled; Pretrial Conference/Motion hearing set for **1/22/2019** at 9:00 AM in Courtroom 300 - Greeneville before Magistrate Judge Clifton L Corker. Motio cut-off is **1/4/2019**. Response deadline is 1/18/2019. Jury Trial set for **2/21/2019** at 9:00 AM in Courtroom 420 - Greeneville before District Judge J Ronnie Greer. The estimated length of trial is two (2)days. Plea Agreement due by **2/7/2019**. Order to enter. (Court Reporter DCR)(Tape #1:45-1:48) (KDO) (Entered: 11/05/2018) |
| 11/05/2018 | 16 | ORDER granting 13 Motion to Continue as to James Singletary III (1). Signed by Magistrate Judge Clifton L Corker on 11/5/18. (SEE ORDER FOR SCHEDULED DATES AND DEADLINES) (KDO) (Entered: 11/05/2018) |
| 01/04/2019 | 17 | MOTION to Continue by James Singletary, III. (Moore, Tim) (Entered: 01/04/2019) |
| 01/04/2019 | 18 | ORDER Setting Hearing on Motion 17 MOTION to Continue : Motion Hearing set for **1/7/2019** at 10:30 AM in Courtroom 300 - Greeneville before Magistrate Judge Clifton L Corker. Defendants presence is not required. Signed by Magistrate Judge Clifton L Corker on 1/4/19. (KDO) (Entered: 01/04/2019) |

| | | |
|---|---|---|
| 01/07/2019 | 19 | Minute Entry for proceedings held before Magistrate Judge Clifton L Corker:Motion Hearing as to James Singletary, III held on 1/7/2019 re 17 MOTION to Continue filed by James Singletary, III. The following dates are rescheduled; Pretrial Conference/Motion hearing set for **3/7/2019** at 9:00 AM in Courtroom 300 - Greeneville before Magistrate Judge Clifton L Corker. Motion cut-off is **2/19/2019**. Response deadline is 3/5/2019. Jury Trial set for **4/9/2019** at 9:00 AM in Courtroom 420 - Greeneville before District Judge J Ronnie Greer. The estimated length of trial is two (2) days. Plea Agreement due by **3/26/2019**. Order to enter. (Court Reporter DCR)(Tape #10:34-10:39) (KDO) (Entered: 01/07/2019) |
| 01/07/2019 | 20 | ORDER granting 17 Motion to Continue as to James Singletary III (1). Signed by Magistrate Judge Clifton L Corker on 1/7/19. (SEE ORDER FOR SCHEDULED DATES AND DEADLINES) (KDO) (Entered: 01/07/2019) |
| 02/19/2019 | 21 | NOTICE OF INTENT TO ENTER A PLEA as to James Singletary, III (Moore, Tim) (Entered: 02/19/2019) |
| 02/19/2019 | | NOTICE OF HEARING as to James Singletary, III: Change of Plea Hearing set for **4/1/2019** at 9:00 AM in Courtroom 420 - Greeneville before District Judge J Ronnie Greer. (LMC) (Entered: 02/19/2019) |
| 02/19/2019 | 22 | AGREED FACTUAL BASIS as to James Singletary, III. (McCauley, Thomas) (Entered: 02/19/2019) |
| 02/20/2019 | 23 | PRETRIAL ORDER as to James Singletary, III. In this action, a pretrial conference pursuant to Rule 12.1, Federal Rules of Criminal Procedure, and a motion hearing were scheduled for March 7, 2019 at 9:00 a.m. No motions havingbeen filed, the pretrial conference and motion hearings are CANCELED. This action is hereby assigned for trial with a jury before the Honorable J. Ronnie Greer to commence at 9:00 a.m. on April 9, 2019. This order is entered as a guide to counsel with regard to the trial and/or sentencing procedures. Signed by Magistrate Judge Clifton L Corker on 2/20/19. (KDO) (Entered: 02/20/2019) |
| 03/28/2019 | | NOTICE OF HEARING as to James Singletary, III: Change of Plea Hearing RESET for **4/1/2019** at 1:30 PM in Courtroom 420 - Greeneville before District Judge J Ronnie Greer. TIME CHANGE ONLY. (LMC) (Entered: 03/28/2019) |
| 04/01/2019 | 24 | Minute Entry for proceedings held before District Judge J Ronnie Greer:Change of Plea Hearing as to James Singletary, III held on 4/1/2019, Plea entered by James Singletary III (1) Guilty Count 1. (Sentencing set for **7/10/2019** 09:00 AM in Courtroom 420 - Greeneville before District Judge J Ronnie Greer.) (Jury trial set for 04/09/19 is canceled.) (Court Reporter Karen Bradley)Defendant Remanded to Custody. (KSH) (Entered: 04/01/2019) |
| 04/01/2019 | 25 | ORDER as to James Singletary, III. (Sentencing Memorandum due by **6/26/2019**.) Signed by District Judge J Ronnie Greer on 4/1/19. (KSH) (Entered: 04/01/2019) |
| 06/05/2019 | 26 | PRESENTENCE INVESTIGATION REPORT (Sealed) as to James Singletary, III. Objections or a Notice of No Objections must be filed within 14 days pursuant to LR 83.9(c). Instructions can be found here: http://www.tned.uscourts.gov/sites/tned/files/psrs.pdf (RDB) (Entered: 06/05/2019) |
| 06/18/2019 | 27 | NOTICE OF OBJECTIONS to Presentence Investigation Report as to James Singletary, III. (Moore, Tim) (Entered: 06/18/2019) |
| 06/18/2019 | 28 | NOTICE OF NO OBJECTIONS to Presentence Investigation Report by USA as to James Singletary, III regarding 26 Presentence Investigation Report, (McCauley, Thomas) (Entered: 06/18/2019) |

| | | |
|---|---|---|
| 06/26/2019 | 29 | SENTENCING MEMORANDUM by James Singletary, III (Moore, Tim) (Entered: 06/26/2019) |
| 06/26/2019 | 30 | MOTION for Acceptance of Responsibility pursuant to U.S.S.G. - 3E1.1(b) by USA by USA as to James Singletary, III. (McCauley, Thomas) (Entered: 06/26/2019) |
| 06/26/2019 | 31 | SENTENCING MEMORANDUM by USA as to James Singletary, III (McCauley, Thomas) (Entered: 06/26/2019) |
| 07/01/2019 | 32 | PRESENTENCE INVESTIGATION REPORT (Addendum)(Sealed) as to James Singletary, III (RDB) (Entered: 07/01/2019) |
| 07/01/2019 | 33 | NOTICE OF OBJECTIONS to Presentence Investigation Report as to James Singletary, III. (Moore, Tim) (Entered: 07/01/2019) |
| 07/10/2019 | 34 | Minute Entry for proceedings held before District Judge J Ronnie Greer:Sentencing held on 7/10/2019 for James Singletary, III (1), Count(s) 1, 78 months imprisonment, 5 years supervised release, $100.00 assessment. JUDGMENT TO ENTER. (Court Reporter Karen Bradley)Defendant Remanded to Custody. (KSH) (Entered: 07/10/2019) |
| 07/15/2019 | 35 | JUDGMENT as to James Singletary, III (1), Count(s) 1, 78 months imprisonment, 5 years supervised release, $100.00 assessment Signed by District Judge J Ronnie Greer on 7/15/2019. (RET) (Entered: 07/15/2019) |
| 07/15/2019 | 36 | STATEMENT OF REASONS (Sealed) as to James Singletary, III (RET) (Entered: 07/15/2019) |
| 08/16/2019 | 37 | Judgment Returned Executed by delivering James Singletary, III to FCI Beaumont, TX. (KDO) (Entered: 08/16/2019) |
| 10/29/2019 | 38 | COURT REPORTER NOTES re James Singletary, III filed by Karen Bradley of Change of Plea before Judge Greer on April 1, 2019. In accordance with 28 U.S.C. Section 753(b), I certify that these original notes are a true and correct record of proceedings in the United States District Court for the Eastern District of TN before Judge Greer on April 1, 2019. By s/ Karen Bradley. (Court Reporter Notes are viewable by court staff only). (KJB) (Entered: 10/29/2019) |
| 03/06/2020 | 39 | COURT REPORTER NOTES re James Singletary, III filed by Karen Bradley of Sentencing before Judge Greer on July 10, 2019. In accordance with 28 U.S.C. Section 753(b), I certify that these original notes are a true and correct record of proceedings in the United States District Court for the Eastern District of TN before Judge Greer on July 10, 2019. By s/ Karen Bradley. (Court Reporter Notes are viewable by court staff only). (KJB) (Entered: 03/06/2020) |
| 02/21/2025 | 40 | TRANSFER OF JURISDICTION ORDER, PART I, as to James Singletary, III. Signed by District Judge Clifton L Corker on 2/21/2025. (Given to USPO for service of process). (LCK) (Entered: 02/21/2025) |
| 02/24/2025 | 41 | SEALED PETITION AND ORDER as to James Singletary, III. Signed by District Judge Clifton L Corker on 2/24/25. (KDO) (Entered: 02/24/2025) |